UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

BRANDON RUFFIN (#573976)　　　　　　　　　　CIVIL ACTION

VERSUS　　　　　　　　　　　　　　　　　　　　17-655-SDD-RLB

MICHAEL JACK, ET AL.

### RULING AND JUDGMENT OF DISMISSAL

The Court, after carefully considering the *Complaint*,[1] the *Motion*,[2] the record, the law applicable to this action, and the *Report and Recommendation*[3] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated January 15, 2019, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's claims asserted against Cpt. Michael Jack and the Tactical Unit are hereby dismissed, without prejudice, for failure of the Plaintiff to effect timely service upon them. It is further ordered that the *Motion for Summary Judgment* (Rec. Doc. 20), is hereby GRANTED, and this matter is dismissed with prejudice. It is further ordered that the Court declines the exercise of supplemental jurisdiction in connection with any potential state law claims, and that this action is dismissed in its entirety.

Signed in Baton Rouge, Louisiana on February 13, 2019.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 20.
[3] Rec. Doc. 26.